**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.: 4:18-CR-00032-CDL-MSH-1** |
| **MARQUITA TOOMBS** | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Marquita Toombs** has moved the Court to continue the pre-trial hearing of her case, presently scheduled for January 24, 2019.   The Government does not oppose this motion. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted.   The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial.   Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.   Accordingly, Defendant's Motion for Continuance [Doc. 30] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar.   The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 4th **day** of **January 2019.**

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT